USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
YENAURY REVI, :
:
:
Plaintiff, :
: 20-cv-2351 (LJL)
-v- :
: ORDER OF SERVICE
:
COMMISSIONER OF SOCIAL SECURITY ET AL, :
:
Defendants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to serve copies of the summons and complaint in the above-named case, by certified mail, upon the U.S. Attorney's Office, in accordance with the previously-entered Order of Service (Dkt. No. 5) and Federal Rule of Civil Procedure 4(i), and to note this service upon the record.

    SO ORDERED.

Dated: April 28, 2020
       New York, New York
                                                    LEWIS J. LIMAN
                                          United States District Judge