

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

August 7, 2020

BY ECF

Honorable Lewis J. Liman
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

SO ORDERED.

8/7/2020

LEWIS J. LIMAN
United States District Judge

      Re:  Yenaury Revi v. Comm'r of Soc. Sec., et. al
           20 Civ. 2351 (LJL)

Dear Judge Liman:

    We write respectfully to request that the date to file the administrative record in this Social Security case be adjourned for 60 days, from August 10, 2020, to October 9, 2020.

    We note that an August 4, 2020 docket entry indicates that a return receipt of service of the complaint does not indicate a date of receipt.  However, the U. S. Attorney's Office acknowledges receipt of the complaint on May 11, 2020.  Pursuant to the scheduling order issued in this case [ECF #5], the record is due 90 days after service, or by August 10, 2020.

    The reason for the requested adjournment is that the Social Security Administration needs more time to prepare the record due to telecommuting and other workplace changes in response to the pandemic.  We have attempted to obtain the consent of plaintiff, who is proceeding *pro se*, to the adjournment but she did not respond to voicemails left for her on August 3rd and August 5th.  No prior adjournment has been requested in this case.

We appreciate the Court's consideration of this request.

Respectfully,

AUDREY STRAUSS
Acting United States Attorney

By:      s/ *Susan D. Baird*
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
Susan.Baird@usdoj.gov

cc: By Email and Mail

Yenaury Revi
784 Fox Street, Apt. 4E
Bronx, NY 10455
Jenny2226@hotmail.com