USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
YENAURY REVI,                                                      :
:
                    Plaintiff,                                     :
:      20-cv-2351 (LJL)
        -v-                                                        :
:           ORDER
COMMISSIONER OF SOCIAL SECURITY,                                   :
:
                    Defendant.                                     :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Defendant filed a motion for judgment on the pleadings on December 28, 2020. Plaintiff's response was due on March 1, 2021, but Plaintiff has not responded. Plaintiff is directed to respond to the motion by April 26, 2021. If the Court has not received a response by that date, it will consider Defendant's motion unopposed.

      The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

      SO ORDERED.

Dated: March 24, 2021
       New York, New York

                                                   LEWIS J. LIMAN
                                        United States District Judge