**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
YENAURY REVI,

                Plaintiff,

    -against-                                   20 **CIVIL** 2351 (SN)

                                                   **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,
et al.,

                Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated September 23, 2022, the Commissioner's motion for judgment on the pleadings is GRANTED in part and DENIED in part. The action against ALJ Levine is DISMISSED. The case is remanded to the Social Security Administration for further proceedings consistent with the opinion.

**Dated:**  New York, New York

       September 27, 2022

                                                                   **RUBY J. KRAJICK**

                                                                     **Clerk of Court**

                             **BY:**       *K. Mango*

                                                                        **Deputy Clerk**